June 29, 2012

Mr. William L. Hubbard
Attorney at Law
2724 West Canton Road
Edinburg, TX 78539-6632
Ms. Ida Cecilia Garza
Gault Nye & Quintana LLP
7001 N. 10th. Street, Suite 200
McAllen, TX 78504

RE: Case Number: 11-0348
 Court of Appeals Number: 13-09-00637-CV
 Trial Court Number: CL-06-2449-B

Style: MICHAEL B. WANSEY, INDIVIDUALLY AND D/B/A RIO GRANDE DEFENSIVE
 DRIVING SCHOOL
 v.
 CHERYL D. HOLE

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Arturo Guajardo|
| |Jr. |
| |Ms. Dorian E. |
| |Ramirez |